## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | **JACK B. SCHMETTERER** | Hearing Date | February 27, 2018 |
| Bankruptcy Case | 17-04778 | Adversary No. | 18-00035 |

Title of Case In re: Layng v. Paige

Brief Statement of Motion    Complaint

Names and Addresses of moving counsel    See Attached Service List

Representing

# ORDER

**IT IS HEREBY ORDERED** that:

Defendant's bankruptcy attorney David M. Siegel is ordered to appear before this Court on March 27, 2018 at 10:30 A.M. in Courtroom 682 to inform the Court the reasons why he has not turned over to Defendant copies of various documents asserted to be in his possession that the Defendant needs to defend himself in the adversary proceeding.

By: _____

Jack B. Schmetterer